**Electronically Filed
Supreme Court
SCWC-22-0000507
17-NOV-2023
01:49 PM
Dkt. 7 ODAC**

SCWC-22-0000507

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DS, and on behalf of a minor,
Petitioner/Petitioner-Appellant,

vs.

WG,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000507; CASE NO. 3DA221000050)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins. JJ.,
and Circuit Judges Browning and Somerville,
assigned by reason of vacancies)

Petitioner DS's Application for Writ of Certiorari,

filed on October 7, 2023, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 17, 2022.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ R. Mark Browning

/s/ Rowena A. Somerville

